IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BERNAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PABLO ALVARADO, et al.,<br><br>　　　　Defendants. | 1:05-CV-0656 REC DLB P<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENT #4) |

　　　　Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).

1 the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
2 $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3     In accordance with the above, IT IS HEREBY ORDERED that:
4         1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
5         2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.  The fee
6 shall be collected and paid in accordance with this court's order to the Director of the California
7 Department of Corrections filed concurrently herewith.
8
9     IT IS SO ORDERED.
10     **Dated:    August 24, 2005**                    **/s/ Dennis L. Beck**
   3c0hj8                                              UNITED STATES MAGISTRATE JUDGE